THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD GILCHRIST, Appellant.— Judgment of conviction of the County Court of Kings county

unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM GREENBERG, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.